**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM 02 CV 4115 |
| BRADLEY MCGURK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>AFFIDAVIT OF PRIVATE PROCESS SERVER</u>**

The undersigned hereby certifies that he executed service of process pursuant to the authority granted by the Court upon Bradley McGurk, witness, on the 3rd day of March 2003, at 2433 Pulaski Highway, North East, Maryland 21901, by delivering and leaving with him a copy of the Complaint and Demand for Jury Trial, General Consent to Proceed Before a United States Magistrate Judge, and Disclosure of Corporate Interest.

The undersigned further certifies that he is over eighteen (18) years of age and is not a party to this action.

_____
Robert P. Dixon
Process Server.