**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

July 29, 2003

      MEMO TO COUNSEL RE: Jessica Litzinger v. Bradley McGurk
                              Civil No. JFM-02-4115

Dear Counsel:

    Please provide me with a status report in this case on or before August 11, 2003.

                                  Very truly yours,

                                  /s/

                              J. Frederick Motz
                              United States District Judge