**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM 02 CV 4115 |
| BRADLEY MCGUIRK | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

**AFFIDAVIT OF PRIVATE PROCESS SERVER**

The undersigned hereby certifies that she executed service of process pursuant to the authority granted by the Court upon Bradley McGuirk, defendant, on the 30th day of July, 2003, at 2433 Pulaski Highway, North East, Maryland 21901, by delivering and leaving with him a copy of the Complaint and Demand for Jury Trial, General Consent to Proceed Before a United States Magistrate Judge, and Disclosure of Corporate Interest.

The undersigned further certifies that she is over eighteen (18) years of age and is not a party to this action.

/s/
_____
Virginia Bobbitt