IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM 02 CV 4115 |
| BRADLEY MCGUIRK | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

## CERTIFICATE OF BRADLEY MCGUIRK

The undersigned hereby certifies that he received service of process pursuant to the authority granted by the Court on the  30th  day of July, 2003, by being hand-delivered a copy of the Complaint and Demand for Jury Trial, General Consent to Proceed Before a United States Magistrate Judge, and Disclosure of Corporate Interest.


/s/
_____
Bradley McGuirk