IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM 02 CV 4115 |
| BRADLEY MCGUIRK | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

### STATUS REPORT

Jessica Litzinger, the plaintiff, by and through her attorneys, Duane A. Verderaime and Vederaime & DuBois, P.A., submits this status report pursuant to the Court's July 29, 2003, request.

Contacts have been made with the county attorneys, with defendant McGuirk's supervisor, as well as defendant Bradley McGuirk. Over the past five weeks planned attempts have been made to have the defendant served, but have been unsuccessful. However, on July 30, 2003, defendant McGuirk was personally served and a certificate of service is attached hereto.

As of this date, nothing else is pending in that the Court was waiting on service of process on defendant McGuirk.

/s/
_____
Duane A. Verderaime
Federal Bar #023874
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Attorney for Plaintiff

C:\staging\3F33DB4E-3186-18DC0B\in\3F33DB4E-3186-18DC0B.wpd