IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: JFM-02-CV-4115 |
| BRADLEY MCGUIRK, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Bradley McGuirk's Motion for Enlargement of Time, and Plaintiff's counsel's verbal agreement thereto, for good cause having been shown, it is this _____ day of _____;

ORDERED that the Motion for Enlargement of Time is granted to the Defendant Bradley McGuirk to respond to the Complaint no later than September 8, 2003.

_____
J. Frederick Motz
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 13th day of August, 2003, I caused to be served, by and through E-Filing with the United State's District Court for the District of Maryland, Defendant's Motion for Enlargement of Time and proposed Order to Duane A. Verderaime, Esquire, Verderaime & DuBois, P.A., 1231 North Calvert Street, Baltimore, Maryland 21202, Attorney for Plaintiff.

                                                                                               _____
                                                                                               Donald E. Hoffman
                                                                                               Assistant Attorney General