**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 19, 2004

MEMO TO COUNSEL RE: Jessica Litzinger v. Bradley McGurk
Civil No. JFM-02-4115

Dear Counsel:

    A scheduling conference will be held at 8:30 a.m. on June 3, 2004.  Please bring your calendar with you to the conference.  If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

    The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge