**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF  
J. FREDERICK MOTZ  
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 2120  
(410) 962-0782  
(410) 962-2698 FAX

June 4, 2004

MEMO TO COUNSEL RE: Jessica Litzinger v. Bradley McGurk  
Civil No. JFM-02-4115

Dear Counsel:

This will confirm the schedule set during the conference held on June 3, 2004.

| | |
|---|---|
| August 20, 2004 | Deadline for defendant to file summary judgment motion |
| September 17, 2004 | Deadline for plaintiff to file opposition and cross-motion for summary judgment |
| October 1, 2004 | Deadline for defendant's opposition/reply |
| October 15, 2004 | Deadline for plaintiff's reply |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz  
United States District Judge