IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: JFM-02-4115 |
| BRADLEY A. MCGUIRK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT S MOTION FOR SUMMARY JUDGMENT

Bradley A. McGuirk, Defendant, by his attorneys, J. Joseph Curran, Jr., Attorney General, and Donald E. Hoffman, Assistant Attorney General, pursuant to Fed. R. Civ. P. 56(b) hereby files his Motion for Summary Judgment and states there is no genuine issue as to any material fact and he is entitled to judgment as a matter of law and for those reasons as more fully set forth in the accompanying Memorandum of Law in Support of his Motion.

Respectfully submitted,

J. Joseph Curran, Jr.,
Attorney General

_____/s/_____
Donald E. Hoffman
Assistant Attorney General
Maryland State Police
1201 Reisterstown Road
Pikesville, Maryland 21208
410-653-4227
General Bar No.: 23529

Attorney for Defendant

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY on this 20th day of August, 2004, I caused to be served, by and through E-filing with the United States District Court for the District of Maryland, Defendant s Motion for Summary Judgment to Duane A. Verderaime, Esquire, Verderaime & DuBois, P.A. 1231 North Calvert Street, Baltimore, Maryland 21202, Attorneys for Plaintiff.

                                               /s/
                                     Donald E. Hoffman
                                     Assistant Attorney General
                                     Maryland State Police