IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: JFM-02-4115 |
| BRADLEY A. MCGUIRK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Bradley McGuirk s Motion for Summary Judgment and any response thereto, for good cause having been shown, it is this _____ day of 200__;

ORDERED that the Motion for Summary Judgment is granted.

_____
J. Frederick Motz
United States District Judge