## EXHIBITS

A. Trooper Bradley McGuirk Deposition
40-41, 17, 1-3, 26-28, 32-33, 50-52, 35, 60, 62, 30-32, 63-65, 66, 67, 70, 71, 75, 91-92, 25, 30, 58-60, 93

B. Motor Vehicle Accident Report

C. John Brandon Everett Answers to Interrogatories, pp. 1, 10, 12
Litzinger v. Everett

D. Jessica Litzinger Deposition in Litzinger v. Everett, pp. 1-4, 50-55.

E. Litzinger Deposition in Litzinger v. McGuirk, pp. 1-3, 76, 77, 79, 89 90-91, 97, 68, 78, 82, 84

F. Affidavit of Mr. Earl Gilbert, dated 7/10/04