IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: JFM-02-4115 |
| BRADLEY A. MCGUIRK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF FILING LENGTHY EXHIBITS

_____Exhibits A and E which are attachments to Defendant Bradley A. McGuirk's Memorandum of Law in Support of Motion for Summary Judgment, exist only in paper format and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

_____I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Donald E. Hoffman
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　　Maryland State Police
　　　　　　　　　　　　　　　　　　　　　　　　　　1201 Reisterstown Road
　　　　　　　　　　　　　　　　　　　　　　　　　　Pikesville, Maryland 21208
　　　　　　　　　　　　　　　　　　　　　　　　　　410-653-4227
　　　　　　　　　　　　　　　　　　　　　　　　　　General Bar No.: 23529

　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant