# EXHIBIT B

Case 1:02-cv-04115-JFM    Document 22-6    Filed 08/20/2004    Page 1 of 2

## State of Maryland Motor Vehicle Accident Report

Narrative: VEHICLE #1 WAS TRAVELING E/B ON RAGAN RD WHEN THE DRIVER LEFT THE ROADWAY INTO A CULVERT STRIKING AN EMBANKMENT. BOTH OCCUPANTS OF THE VEHICLE DENIED THAT THEY WERE DRIVING, AND BOTH WERE UNDER THE INFLUENCE OF ALCOHOL.

Diagram labels: RAGAN ROAD, ROCK SPRINGS ROAD, DITCH LINE, EMBANKMENT

Driver 01: UNKNOWN
Driver 02: UNKNOWN

Owner: JESSICA ANN LITZINGER, 360 WASHINGTON SCHOOL HOUSE RD, RISING SUN MD 21911

Vehicle: 93 NISSAN SENTRA, MD 0110217

Occupants:
- 01 JESSICA ANN LITZINGER, 360 WASH SCHOOL HOUSE RD
- 01 JOHN BRANDON EVERETT, 181 PILOTTOWN RD, RISING SUN MD 21911

MSP FORM 91 (3/95)    MSP – CENTRAL RECORDS DIVISION COPY