# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: JFM-02-CV-4115 |
| TFC BRADLEY MCGUIRK, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF EARL GILBERT

I, Earl Gilbert, of 361 Ragan Road, Conowingo, Maryland, 21918, state that I am over 18 years of age, have personal knowledge of the facts herein, and am competent to testify.

1      That on December 19, 1999, in the early A.M. hours, I was contacted by Mrs. Darlene Gilbert, 353 Ragan Road Conowingo, Maryland 21918, who told me that someone was beating on her front door.

2.      I went to 353 Ragan Road and found that just down from the house a car had struck a concrete abutment and apparently overturned. Standing outside the car was young white male and a young white female was sitting on the dirt bank. I called the State Police and it took approximately 20 minutes for a trooper to arrive.

3.      During the time I was at the scene the two apparent occupants of the wrecked car, the above described young man and woman, were discussing with one another who was driving the car, I asked them if they were "ok" and they must have told

me yes because if not, I would have called for an ambulance. I used to be a volunteer fireman. Both of the above-described individuals were walking around the scene of the wrecked car. The young woman actually walked up to me and hugged me when I arrived at the scene.

4. I overheard some conversation between the young man and woman but remember them arguing about who was driving. I remember the woman saying to the young man, "you told me to turn the wrong direction" and "look what you did to my car."

5 When the trooper arrived, he handled the matter. I did let him come into my house to use my telephone. did not see him, the trooper, abuse the young man or woman. I also remember the car being towed from the scene by Harrington Body Shop.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true

_7-10-04_
Date

_Earl Gilbert_
Earl Gilbert

2