IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM 02 CV 4115 |
| BRADLEY MCGUIRK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND WITHDRAW OF CLAIMS OF EXCESSIVE FORCE

Jessica Litzinger, the plaintiff, by and through her attorneys, Duane A. Verderaime and Verderaime & DuBois, P.A., hereby files this motion for partial summary judgment and her response to Defendant's Motion for Summary Judgment, stating that essentially there are no genuine issues of material fact and that plaintiff is entitled to summary judgment as a matter of law, and that defendant is without grounds to support his motion for summary judgment. Therefore, plaintiff respectfully request that this Court grant plaintiff's motion for partial summary judgment and/or deny Defendant's Motion for Summary Judgment, and in support thereof submits the accompanying memorandum of law.

Additionally, plaintiff abandons all allegations except those pursuant to 42 U.S.C. §§ 1983 and 1988 and the Fourth, Fifth, and Fourteenth Amendments to the United States

1

Constitution, as a result of actions taken by defendant McGuirk, on the unlawful arrest, unlawful detention, and seizure and the violations and restricted liberty interests that flowed therefrom.

Respectfully submitted,

_____/s/_____
Duane A. Verderaime;
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
Federal Bar No. 023874
(410) 752-8888; Fax 410-752-0425
Email: legalaff@hotmail.com

Attorneys for Plaintiff