# State of Maryland Motor Vehicle Accident Report

| REPORT NO. | | ACCIDENT DATE | ACCIDENT DAY | REPORT TYPE | | LOCAL CASE NUMBER | |
|---|---|---|---|---|---|---|---|
| 08481430 | 1 F | 12 19 99 | 02 04 | PDO | | 99-5519372 | 07 |

Investigating Officer: TFC B.A. McGurk #329  MSP 554

**Road:** RAGAN ROAD
**Intersecting Road:** ROCK SPRINGS ROAD

### Description of Accident:
VEHICLE #1 WAS TRAVELING E/B ON RAGAN RD WHEN THE DRIVER LEFT THE ROADWAY INTO A CULVERT STRIKING AN EMBANKMENT. BOTH OCCUPANTS OF THE VEHICLE DENIED THAT THEY WERE DRIVING AND BOTH WERE UNDER THE INFLUENCE OF ALCOHOL.

Diagram labels: RAGAN ROAD, ROCK SPRINGS ROAD, DITCH LINE, EMBANKMENT, W/B, E/B

### Unit 01
- Name: UNKNOWN
- Address: UNKNOWN
- Driver's License: UNKNOWN
- Owner: JESSICA ANN LITZINGER, 360 WASHINGTON SCHOOL HOUSE RD, RISING SUN MD 21911
- Vehicle: '93 NISSAN SENTRA
- Tag: 01CFV29 MD 01/02/17 GOVT. EMPLOY
- VIN: 1N4EB32H5PC810368
- Policy #: 2213843
- Vehicle Removed By: HARRINGTON'S SHOP

### Unit 02
(blank / O/O)

### Passengers/Witnesses:
| Unit | Pos | Name | Address |
|---|---|---|---|
| 01 | U0 | JESSICA ANN LITZINGER | 360 WASH SCHOOL HOUSE RD |
| 01 | U0 | JOHN BRANDON EVERETT | 189 PILOT TOWN RD, RISING SUN MD 21918 |

Injured Taken By "A": PORT DEPOSIT / HARFORD / 5388441

MSP FORM #1 (3/95)