IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSICA LITZINGER,                  :
                                    :
        Plaintiff,              :
                                    :
  vs.                               :  CASE NO. JFM-02-4115
                                    :
BRADLEY A. McGUIRK,                 :
                                    :
        Defendant.              :
                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                        Tuesday, February 10, 2004

Deposition of

              JESSICA LITZINGER,

the Plaintiff, called for examination by counsel for the Defendant, pursuant to Notice, at 305 Washington Avenue, Suite 503, Towson, Maryland 21204, commencing at 9:35 a.m., there being present on behalf of the respective parties:

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

85

1    A    No.

2    Q    Do you know where Mr. Everett was when you're
3   sitting in the police car with the trooper?

4    A    No.

5    Q    Was there anybody else at the scene that you
6   recognize while you're sitting in the police car with
7   the trooper?

8    A    No. But --

9    Q    Go ahead.

10   A    -- there was somebody -- I'm almost positive
11  there's somebody standing outside the door telling the
12  trooper that he needs to take the handcuffs off because
13  I remember that. "You need to take the handcuffs off
14  that girl." That's what I remember.

15   Q    Okay. Who was that person standing outside
16  the car telling the trooper?

17   A    I don't know, but he was standing on the side
18  where the trooper was sitting, like kind of leaning on
19  his door or standing right outside the door.

20   Q    Do you have any knowledge today who that was
21  person who was leaning --