IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA LITZINGER | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM 02 CV 4115 |
| BRADLEY MCGUIRK | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

The Exhibits, *i.e.*, the State of Maryland Motor Vehicle Accident Report, defendant Bradley McGuirk's answers to interrogatories, and all deposition transcripts mentioned in Plaintiff's Memorandum In Support of Plaintiff's Motion for Partial Summary Judgment and Response to Defendant's Motion for Summary Judgment, exist in paper format and if scanned will be larger than 1.5 MB. Therefore, they will be filed with the Clerk's office in paper format and sent by first class mail to defense counsel.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

_____/s/_____
Duane A. Verderaime
Federal Bar No. 023874
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Email: legalaff@hotmail.com

Attorney for Plaintiff