# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND

------------------------------

JESSICA LITZINGER,             :

        Plaintiff,     :

vs.                            : CASE NO. JFM-02-4115

BRADLEY A. McGUIRK,            :

        Defendant.     :

------------------------------

Tuesday, February 10, 2004

Deposition of

BRADLEY A. McGUIRK,

the Defendant, called for examination by counsel for the Plaintiff, pursuant to Notice, at 305 Washington Avenue, Towson, Maryland 21204, commencing at 1:07 p.m., there being present on behalf of the respective parties:

ON BEHALF OF THE PLAINTIFF:

    DUANE VERDERAIME, ESQUIRE
    1231 North Calvert Street
    Baltimore, Maryland 21203

RECEIVED

MAR 1 2004

LEGAL COUNSEL UNIT
M.S.P.

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

1    Q    After speaking with Sargent Blade -- was
2    there anything else you talked about with Sargent
3    Blades?
4    A    Not at that point.
5    Q    Okay.  You talked to him at some other point?
6    Okay.  When was that?
7    A    Later on during the investigation.
8    Q    Okay.  At the scene or B
9    A    At the scene.
10   Q    At the scene, okay.  At what point did you
11   talk to Sargent Blades again?
12   A    After she -- Ms. Litzinger was placed in
13   handcuffs and placed in my patrol vehicle.
14   Q    Okay.  Rather than jump around too much, I'll
15   get back to that in a minute.  So you relayed all this
16   information to Sargent Blades, I think your testimony
17   was you went back down to the -- the accident scene
18   where the people were; right?
19   A    Yes, sir.
20   Q    Okay.  What did you do at that point then?
21   A    Continued to try to find a witness, somebody

1  that saw the accident, spoke to them again, tried to
2  find out who was driving this car.
3      Q   Right.  What else did you do to ascertain
4  that information?
5      A   Ran checks on drivers' licenses and
6  registration on the car.
7      Q   And when you say you tried to find out if
8  there were any witnesses, do you recall talking to
9  anybody, specifically?
10     A   Whoever was at the scene.
11     Q   Right.
12     A   Nobody specifically.
13     Q   What do you recall anybody saying?
14     A   I wasn't able to find a witness to the
15 accident.
16     Q   Okay.  Then when you weren't able to find a
17 witness, what was -- what led you to believe you
18 couldn't find a witness?  You had other people standing
19 there.
20     A   Right.  After speaking to them, nobody saw
21 the accident happen.

Case 1:02-cv-04115-JFM   Document 28-2   Filed 10/12/2004   Page 5 of 5

67

```
 1       Q    Okay.  And what did you -- what did you say
 2  in that call?
 3       A    I don't recall.
 4       Q    Do you recall whether or not you mentioned
 5  any particular injuries or not, or is it just like a
 6  general call for an ambulance?
 7       A    I don't recall.
 8       Q    Okay.  What did you -- other than calling for
 9  an ambulance, what else did you do then, in response to
10  her saying, "I'm gasping for air.  I can't breathe"?
11       A    Well, that's when the handcuffs were taken
12  off of her, ambulance arrives.
13       Q    Was she still in the car when you took the
14  handcuffs off?
15       A    Yes, sir.
16       Q    Okay.  What else did you -- what else did you
17  -- while you're still in the car now, what else did you
18  say to Ms. Litzinger, anything?
19       A    I don't recall.
20       Q    Do you remember asking her about any money?
```

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)