IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JESSICA LITZINGER                    *
                                     *
            v.                       *    Civil No. JFM-02-4115
                                     *
BRADLEY A. MCGUIRK                   *
                                   *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 29th day of October 2004

ORDERED

1. Plaintiff's motion for partial summary judgment is denied;

2. Defendant's motion for summary judgment is granted; and

3. Judgment is entered in favor of defendant against plaintiff.

/s/
_____
J. Frederick Motz
United States District Judge